[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 199.]

JOHNSON, APPELLEE, *v*. GREENE COUNTY DRUG TASK FORCE ET AL.,
APPELLANTS.

[Cite as *Johnson v. Greene Cty. Drug Task Force*, 2001-Ohio-251.]

*Court of appeals' judgment affirmed due to want of a final appealable order.*

(Nos. 00-472 and 00-481—Submitted November 29, 2000—Decided March 28, 2001.)

CERTIFIED by and APPEAL from the Court of Appeals for Greene County, No. 99-CA-61.

———————————

{¶ 1} The judgment of the court of appeals is affirmed because there is a want of a final appealable order. *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————

*Gregory A. Shell*, for appellee.

*Suzanne M. Schmidt*, Greene County Assistant Prosecuting Attorney, Civil Division, for appellant Greene County Drug Task Force.

*Jenks, Surdyk & Cowdrey Co., L.P.A.*, and *Jeffrey C. Turner*, for appellants Richard Bishop, William Schenck, David Mesaros, Robert Hendrix, Greene County Prosecutor's Office, Greene County Sheriff's Office, and Detective Larry Fletcher.

*Freund, Freeze & Arnold, Neil F. Freund* and *Lynnette Pisone Ballato,* for appellants city of Xenia and Detective Richard Thomas.

*Bieser, Greer & Landis, L.L.P., James H. Greer* and *Joseph C. Oehlers*, for appellant city of Fairborn.

*Dinsmore & Shohl, L.L.P.,* and *Gary E. Becker*, for appellant city of Beavercreek.

*John E. Gotherman, Barry M. Byron* and *Stephen L. Byron*, urging reversal for *amicus curiae*, Ohio Municipal League.

*Bricker & Eckler L.L.P., Kurtis A. Tunnell* and *Anne Marie Sferra*, urging reversal for *amicus curiae*, County Commissioners Association of Ohio.

*Law Offices of Nicholas E. Subashi, Nicholas E. Subashi* and *David J. Arens*, urging reversal for *amicus curiae*, Ohio Association of Civil Trial Attorneys.

*Betty D. Montgomery*, Attorney General, and *Arthur J. Marziale, Jr.*, Assistant Attorney General, urging reversal for *amicus curiae*, Ohio Attorney General.

*Reminger & Reminger Co., L.P.A.,* and *Nick C. Tomino*, urging reversal for *amicus curiae*, Ohio Government Risk Management Plan.

*William D. Mason*, Cuyahoga County Prosecuting Attorney, and *Kathleen A. Martin,* Assistant Prosecuting Attorney, urging reversal for *amici curiae*, Cuyahoga County and Ohio Prosecuting Attorneys Association.

*Walter & Haverfield, P.L.L., R. Todd Hunt* and *Barbara Marburger,* urging reversal for *amici curiae*, Ohio Association of Chiefs of Police, Ohio Township Association, and Cuyahoga County Law Directors' Association.

*Paul L. Cox,* Chief Counsel, urging reversal for *amicus curiae*, Fraternal Order of Police of Ohio, Inc.

*R. Sean Grayson*, General Counsel, and *Kimm A. Massengill*, Associate General Counsel, urging reversal for *amicus curiae*, Ohio Council 8, AFSCME, AFL-CIO.

———————————